UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN THOMSON, both individually and as administrator of the Estate of HAYLEY THOMSON, Deceased, and DAYNA THOMSON,<br><br>        Plaintiffs,<br>v.<br>NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, NOVARTIS PHARMA GmbH, and NOVARTIS AG,<br>        Defendants. | Case No.: 1:06-cv-06280-JBS-AMD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Alan Thomson, both individually and as administrator of the Estate of Hayley Thomson, Deceased, and Plaintiff Dayna Thomson ("Plaintiffs"), seek to voluntarily dismiss this action with prejudice. All parties that have appeared in this action stipulate and consent to this dismissal:

IT IS THEREFORE STIPULATED that any and all claims asserted and/or assertable by Alan Thomson and Dayna Thomson, individually, collectively, or on behalf of Hayley Thomson (deceased), on behalf of the Estate of Hayley Thomson, or as Administrator of the Estate of Hayley Thomson against defendants Novartis Pharmaceuticals Corporation, Novartis Corporation, Novartis Pharma GmbH, or Novartis AG in the above-captioned lawsuit are DISMISSED WITH PREJUDICE.

IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

**STIPULATED AND AGREED:**

/s/ David R. Buchanan                           May 26, 2010
David R. Buchanan                               Date
  **SEEGER WEISS LLP**
  550 Broad Street
  Newark, NY 07102
  (973) 639-9100
  dbuchanan@seegerweiss.com
Attorney for Plaintiffs Alan Thomson, both individually and as administrator of the Estate of Hayley Thomson, deceased, and Dayna Thomson


/s/ Beth S. Rose (with permission)              May 26, 2010
Beth S. Rose                                    Date
SILLS CUMMIS & GROSS PC
One Riverfront Plaza
Newark, NJ  07102
Phone:  (973) 643-7000
Fax:  (973) 643-6500
brose@sillscummis.com

  -and-

Peter J. Skalaban (*pro hac vice*)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC  20005
Phone: (202) 898-5800
Fax: (202) 682-1639
pskalaban@hollingsworthllp.com
                                      So Ordered this 27th day
Attorneys for Defendant Novartis Pharmaceuticals Corporation   May, 2010

                                                    Jerome B. Simandle, USDJ